Jeffrey G. Maxwell, ABA #1705026
Barlow Coughran Morales & Josephson, P.S.
1325 Fourth Avenue, Suite 910
Seattle, Washington 98101
(206) 224-9900
jeffreym@bcmjlaw.com

Counsel for Plaintiffs
Alaska Laborers Trust Funds

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA LABORERS-CONSTRUCTION INDUSTRY HEALTH & SECURITY FUND; ALASKA LABORERS-EMPLOYERS RETIREMENT FUND; ALASKA LABORERS-CONSTRUCTION INDUSTRY TRAINING FUND; and ALASKA LABORERS-CONSTRUCTION INDUSTRY LEGAL SERVICES FUND, | Case No. 3:24-cv-00001-JMK |
| Plaintiffs, | |
| v. | |
| LEE HENRY, an individual and sole proprietor, d/b/a GUILD CONTRACTORS; and GUILD CONTRACTORS, LLC, an Alaska limited liability company, | |
| Defendants. | |

## COMPLAINT FOR EQUITABLE AND DECLARATORY RELIEF AND FOR MONETARY DAMAGES

### I. PARTIES

1.1     Plaintiff Alaska Laborers-Construction Industry Health and Security Fund (the Health Trust) is a Taft-Hartley trust fund established to provide one or more employee welfare benefit plans covering hospitalization and medical/surgical care for the participating employees

COMPLAINT FOR EQUITABLE AND DECLARATORY RELIEF AND
FOR MONETARY DAMAGES – 1
3:24-cv-00001-JMK

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00001-JMK   Document 1   Filed 01/03/24   Page 1 of 11

on whose behalf contributions have been paid. The Health Trust maintains its principal office in Anchorage, Alaska.

1.2    Plaintiff Alaska Laborers-Employers Retirement Fund (the Retirement Trust) is a Taft-Hartley trust fund established to provide one or more employee pension benefit plans for the participating employees on whose behalf contributions have been paid, and their beneficiaries. The Retirement Trust maintains its principal office in Anchorage, Alaska.

1.3    Plaintiff Alaska Laborers-Construction Industry Training Fund (the Training Trust) is a Taft-Hartley trust fund established to create and administer one or more apprenticeship and training plans and for charitable, educational, and scientific purposes for the participating employees on whose behalf contributions have been paid, and their beneficiaries. The Training Trust maintains its principal office in Anchorage, Alaska.

1.4    Plaintiff Alaska Laborers-Construction Industry Legal Services Fund (the Legal Services Trust) is a Taft-Hartley trust fund established to provide legal services and related benefits for the participating employees on whose behalf contributions have been paid, and their beneficiaries. The Legal Services Trust maintains its principal office in Anchorage, Alaska.

1.5    The Plaintiffs are commonly known as and referred to collectively as the Alaska Laborers Trust Funds.

1.6    Defendant Lee Henry is an individual who upon information and belief resides in Anchorage, Alaska. At all relevant times, Mr. Henry conducted business within this District as "Guild Contractors."

1.7    Defendant Guild Contractors, LLC is an Alaska limited liability company formed on or about July 30, 2023 with its principal place of business in Anchorage, Alaska. Upon

COMPLAINT FOR EQUITABLE AND DECLARATORY RELIEF AND
FOR MONETARY DAMAGES – 2
3:24-cv-00001-JMK

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00001-JMK   Document 1   Filed 01/03/24   Page 2 of 11

information and belief, Guild Contractors, LLC. Upon information and belief, Guild Contractors, LLC is a successor to and/or alter-ego of Lee Henry d/b/a Guild Contractors.

## II. JURISDICTION AND VENUE

2.1 This Court has exclusive jurisdiction pursuant to §502(e)(1) of the Employee Retirement Income Security Act of 1974 ("ERISA"), codified at 29 U.S.C. §1132(e)(1).

2.2 Venue in this Court is proper pursuant to §502(e)(2) ERISA, codified at 29 U.S.C. §1132(e)(2), and pursuant to agreement between the parties.

## III. FACTS

3.1 Non-party Augustine Enterprises, LLC (Augustine) is an Alaska limited liability company with its principal place of business in Anchorage, Alaska. The company's sole member is Defendant Lee Henry.

3.2 From about November 29, 2018 through December 31, 2021, Augustine engaged in residential and commercial construction activities in the State of Alaska using the business name "Guild Contractors" under two NAICS codes: 236118 – Residential Remodelers and 236220 – Commercial and Institutional Building Construction. Augustine's business license for "Guild Contractors" expired on December 31, 2021.

3.3 On June 13, 2022, Lee Henry executed a Compliance Agreement on behalf of "Guild Contractors" with the Alaska State District Council of Laborers (the "Union"). By this time, the Augustine business license for "Guild Contractors" had expired. The Compliance Agreement incorporates by reference the terms and conditions of the *2020-2023 AGC/ADCL Collective Bargaining Agreement*, effective April 1, 2020 (the Master Labor Agreement):

> INCORPORATED COLLECTIVE BARGAINING AGREEMENT: The parties hereby incorporate by reference and agree to all the terms and conditions of the Associated General Contractors of Alaska, Inc. ("AGC") Master Agreement (hereinafter referred to as the "Alaska Master

COMPLAINT FOR EQUITABLE AND DECLARATORY RELIEF AND
FOR MONETARY DAMAGES – 3
3:24-cv-00001-JMK

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Agreement"), except as modified hereafter. The parties agree that said terms and conditions of the Alaska Master Agreement, in conjunction with this document, constitute a Collective Bargaining Agreement.

3.4 The current version of the Master Labor Agreement is effective April 1, 2023. The Master Labor Agreement contains an evergreen clause and renews annually until replaced with a subsequent agreement or is terminated by one or both of the signatory parties.

3.5 By signing the Compliance Agreement, Guild Contractors agreed to make fringe benefit contributions to the Alaska Laborers Trust Funds and be bound by the terms and conditions of their respective trust agreements:

> TRUST FUND OBLIGATIONS: The Contractor acknowledges and agrees to report, pay, and be responsible for all contributions to the Pension Trust Fund, Health and Welfare Trust Fund, Training Trust Fund, Legal Services Trust Fund, and other applicable Trust Funds established by the terms and conditions of the Alaska Master Agreement. The Contractor further agrees to be bound by the terms and conditions of the Trust Agreements, and any amendments thereto, for the above Trust Funds. The Contractor accepts as its lawful representatives the Employer Trustees who may now or hereafter serve on the Board of Trustees. The Union shall furnish, at its expense, copies of the applicable Agreements upon request by the Contractor.

3.6 The Alaska Laborers Trust Funds are beneficiaries under the terms of the Compliance Agreement and the Master Labor Agreement.

3.7 By executing the Compliance Agreement, as discussed above, Guild Contractors agreed to the terms of the (i) Alaska Laborers-Construction Industry Health and Security Fund; (ii) Alaska Laborers-Employers Retirement Fund; (iii) Alaska Laborers-Construction Industry Training Fund; and (iv) Alaska Laborers-Construction Industry Legal Services Fund.

3.8 Guild Contractors' obligations under the Health Trust are set forth in Article II, Sections 8 – 10 and Article IV Sections 4 – 6 of the *Amended and Restated Agreement and Declaration of Trust of the Alaska Laborers-Construction Industry Health and Security Fund*,

COMPLAINT FOR EQUITABLE AND DECLARATORY RELIEF AND
FOR MONETARY DAMAGES – 4
3:24-cv-00001-JMK

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00001-JMK   Document 1   Filed 01/03/24   Page 4 of 11

revised and restated effective July 1, 2018, and as amended. Under the Health Trust, Guild

Contractors agreed to, among other things:

- Submit its reports on or before the date specified in the underlying collective bargaining agreement (the 15th day of the calendar month following the month in which the contributions are payable);

- Comply with a request to submit any information, data, report, or other documents reasonably relevant to and suitable for purposes of administration of the trust, including audits, as requested by the trust fund;

- Payment of liquidated damages of ten percent (4%) on all delinquent contributions, ten percent (10%) if suit is filed;

- Payment of interest of ten percent (10%) on all delinquent contributions; and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.9     Guild Contractors' obligations under the Retirement Trust are set forth in Article

II, Sections 8 – 9 and Article IV, Sections 4 – 6 of the *Amended and Restated Agreement and*

*Declaration of Trust Alaska Laborers-Employers Retirement Fund*, dated July 1, 2018, and as

amended. Under the Retirement Trust, Guild Contractors agreed to, among other things:

- Submit its reports on or before the date specified in the underlying collective bargaining agreement (the 15th day of the calendar month following the month in which the contributions are payable);

- Comply with a request to submit any information, data, report, or other documents reasonably relevant to and suitable for purposes of administration of the trust, including audits, as requested by the trust fund;

- Payment of liquidated damages of four percent (4%) on all delinquent contributions, ten percent (10%) if suit is filed;

- Payment of interest of ten percent (10%) on all delinquent contributions; and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

COMPLAINT FOR EQUITABLE AND DECLARATORY RELIEF AND
FOR MONETARY DAMAGES – 5
3:24-cv-00001-JMK

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00001-JMK   Document 1   Filed 01/03/24   Page 5 of 11

3.10    Guild Contractors' obligations under the Training Trust are set forth in Article II, Sections 8 – 9 and Article IV, Sections 4 – 6 of the *Amended and Restated Agreement and Declaration of Trust Alaska Laborers-Construction Industry Training Fund*, effective July 1, 2018, and as amended.  Under the Training Trust, Guild Contractors agreed to, among other things:

- Submit its reports on or before the date specified in the underlying collective bargaining agreement (the 15th day of the calendar month following the month in which the contributions are payable);

- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, including audits, as requested by the trust fund;

- Payment of liquidated damages of four percent (4%) on all delinquent contributions, ten percent (10%) if suit is filed;

- Payment of interest of ten percent (10%) on all delinquent contributions; and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.11    Guild Contractors' obligations under the Legal Services Trust are set forth in Article II, Sections 8 – 9 and Article IV, Sections 4 – 6 of the *Amended and Restated Agreement and Declaration of Trust Alaska Laborers-Construction Industry Legal Services Fund*, dated July 1, 2018 and as amended.  Under the Legal Services Trust, Guild Contractors agreed to, among other things:

- Submit its reports on or before the date specified in the underlying collective bargaining agreement (the 15th day of the calendar month following the month in which the contributions are payable);

- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, including audits, as requested by the trust funds;

- Payment of liquidated damages of four percent (4%) on all delinquent contributions, ten percent (10%) if suit is filed;

COMPLAINT FOR EQUITABLE AND DECLARATORY RELIEF AND FOR MONETARY DAMAGES – 6
3:24-cv-00001-JMK

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

- Payment of interest of ten percent (10%) on all delinquent contributions; and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.12    Following execution of the Compliance Agreement, and upon information and belief, Augustine Enterprises – as Guild Contractors – performed work subject to the scope of the Master Labor Agreement. Specifically, Augustine Enterprises performed work on a residential project located at 3130 E 45th Avenue, Anchorage Alaska. However, despite performing covered work, Guild Contractors did not report and pay contributions to the Alaska Laborers Trust Funds.

3.13    On September 22, 2022, the Alaska Laborers Trust Funds' administration office notified Guild Contracting that had not provided remittance reports and contributions payments for the months of June, July, and August 2022.

3.14    On or about October 4, 2022, Guild Contractors' owner, Lee Henry, spoke with the administration office, stating in part that he did not have the funds to pay up completely.

3.15    On November 1, 2022, the administration office sent a second notice of delinquency, as Guild Contractors has not provided its remittance reports and contributions payments for the months of June through August 2022 and was not delinquent for September 2022. Neither Guild Contractors nor Mr. Henry responded to the second delinquency notice.

3.16    On November 15, 2022, the administration office sent a final notice of delinquency as Guild Contractors was now delinquent for October 2022 and had not provided the administration office with its remittance reports and contributions payments for the prior delinquent months.

3.17    Because Guild Contractors did not comply, this matter was referred to counsel.

COMPLAINT FOR EQUITABLE AND DECLARATORY RELIEF AND FOR MONETARY DAMAGES – 7
3:24-cv-00001-JMK

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00001-JMK   Document 1   Filed 01/03/24   Page 7 of 11

3.18    On July 12, 2023, a final written demand was made upon Guild Contractors for the company's delinquent remittance reports and contributions payments for June 2022 through May 2023.  Guild Contractors did not respond to the demand.

3.19    On or about July 30, 2023, Defendant Henry formed Guild Contractors, LLC, an Alaska limited liability company, Entity #10240900.  It uses the same NAICS code as the Augustine's "Guild Contracting" business license:  236118 – Residential Remodelers.  The LLC also shares the same corporate address as Augustine.  And, as with Augustine, Lee Henry is the sole member.

3.20    As of the date of this complaint, Guild Contracting has not provided any remittance reports or contributions payments to the Alaska Laborers Trust Funds for its covered work performed under scope of the Master Labor Agreement.

## IV.  CAUSES OF ACTION

### First Cause of Action
### (Breach of Labor Agreement/Trust Agreement)

4.1    The Alaska Laborers Trust Funds reallege each and every allegation contained in ¶¶3.1 – 3.20, above.

4.2    Guild Contractors' failure to comply with the audit constitutes a breach of the terms of the Compliance Agreement and the Master Labor Agreement between the Union and Guild Contractors, to which the Alaska Laborers Trust Funds are beneficiaries.  Guild Contractors' failure to comply with the audit also constitutes a breach of the Trust Agreements, the terms of which Guild Contractors agreed to when it signed the Compliance Agreement.

COMPLAINT FOR EQUITABLE AND DECLARATORY RELIEF AND
FOR MONETARY DAMAGES – 8
3:24-cv-00001-JMK

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00001-JMK   Document 1   Filed 01/03/24   Page 8 of 11

4.3     As a result of Guild Contractors' breach, the Alaska Laborers Trust Funds have been damaged in an amount to be proven at trial, plus ancillary charges including liquidated damages, prejudgment interest, attorney fees, and costs of collection.

**Second Cause of Action**
**(Violation of ERISA)**

4.4     The Alaska Laborers Trust Funds reallege each and every allegation contained in ¶¶3.1 – 3.20, above.

4.5     Guild Contractors' failure to report and pay fringe benefit contributions constitutes a violation of §503(a)(3), §515 ERISA, codified at 29 U.S.C. §1132(a)(3), §1145.

4.6     As a result of Guild Contractors' violation, the Alaska Laborers Trust Funds have been damaged in an amount to be proven at trial, plus ancillary charges including liquidated damages, prejudgment interest, attorney fees, and costs of collection.

**Third Cause of Action**
**(Equitable Relief)**

4.7     The Alaska Laborers Trust Funds reallege each and every allegation contained in ¶¶3.1 – 3.20, above.

4.8     Guild Contractors' failure to fully comply with the Alaska Laborers Trust Funds' audit gives rise for a claim for equitable relief under 29 U.S.C. 1132 (a)(3).  Specifically, the Alaska Laborers Trust Funds are entitled to an order compelling Guild Contractors to provide its delinquent monthly remittance reports for the months of June 2022 through November 2023.

**Fourth Cause of Action**
**(Declaratory Relief: Alter-Ego/Successor Liability)**

4.9     The Alaska Laborers Trust Funds reallege each and every allegation contained in ¶¶3.1 – 3.20, above.

COMPLAINT FOR EQUITABLE AND DECLARATORY RELIEF AND
FOR MONETARY DAMAGES – 9
3:24-cv-00001-JMK

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

4.10    Upon information and belief, Guild Contractors, LLC was formed and operates as an alter-ego to or successor to Lee Henry d/b/a Guild Contractors.  The Alaska Laborers Trust Funds are entitled to a declaratory relief order finding Guild Contractors, LLC is an alter-ego or successor to Lee Henry d/b/a Guild Contractors.

4.11    Guild Contractors, LLC's status as a successor or alter-ego entity of Augustine Enterprises d/b/a Guild Contractors entitles the Alaska Laborers Trust Funds to entry of an order that finds Guild Contractors, LLC has joint and several liability with the Augustine Enterprises d/b/a Guild Contractors for the equitable and monetary relief pled in this complaint.

## V.  REQUESTED RELIEF

The Plaintiff Alaska Laborers Trust Funds respectfully request the Court grant the following relief:

A.    Entry of equitable relief, including an order compelling Lee Henry and Guild Contractors, LLC to provide Guild Contractors' delinquent monthly remittance reports for the months of June 2022 through November 2023 and any subsequent period;

B.    Upon provision of the delinquent remittance reports for the months of June 2022 through November 2023 and any subsequent period, then entry of judgment against Lee Henry d/b/a Guild Contractors in favor of the Alaska Laborers Trust Funds for:

1.    Delinquent fringe benefit contributions in an amount to be determined at trial, and owed by Defendant pursuant to the terms of the labor and trust agreements to which Guild Contractors is a party;

2.    Liquidated damages in an amount to be determined at trial, and owed by Defendant pursuant to the terms of the labor and trust agreements to which Guild Contractors is a party;

3.    Accrued prejudgment interest in an amount to be determined at trial, and owed by defendant pursuant to the terms of the labor and trust agreements to which Augustine Enterprises is a party;

4.    Additional prejudgment interest from the date that Guild Contractors' fringe benefit contributions were owed until the date of entry of judgment;

COMPLAINT FOR EQUITABLE AND DECLARATORY RELIEF AND FOR MONETARY DAMAGES – 10
3:24-cv-00001-JMK

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

C.   An award of attorney fees of not less than $5,000.00, plus costs of collection, as authorized by the labor and trust agreements to which Lee Henry d/b/a Guild Contractors is a party, and as authorized under ERISA;

D.   An award of post-judgment interest at the 10% rate specified by the applicable trust agreement, and as authorized under ERISA;

E.   Entry of declaratory relief finding that Guild Contractors, LLC is a successor to and/or an alter-ego of Lee Henry d/b/a Guild Contractors and bears joint and several liability with Lee Henry for the above amounts;

F.   Entry of judgment against Guild Contractors, LLC for all monetary relief owed by Lee Henry d/b/a Guild Contractors; and

G.   Any other such relief under federal law or as is just and equitable.


Dated: January 2, 2024.          s/  Jeffrey G. Maxwell
                                 Jeffrey G. Maxwell, ABA #1705026
                                 **Barlow Coughran Morales & Josephson, P.S.**
                                 1325 Fourth Avenue, Suite 910
                                 Seattle, Washington 98101
                                 (206) 224-9900
                                 jeffreym@bcmjlaw.com

                                 Counsel for Plaintiffs
                                 Alaska Laborers Trust Funds

COMPLAINT FOR EQUITABLE AND DECLARATORY RELIEF AND
FOR MONETARY DAMAGES – 11
3:24-cv-00001-JMK

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00001-JMK   Document 1   Filed 01/03/24   Page 11 of 11